# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI**, | : | CIVIL ACTION NO. 1:06-CV-1152 |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH**, et al., | : | |
| Appellees | : | |

## ORDER

AND NOW, this 21st day of June, 2006, upon consideration of appellant's motion (Doc. 4) to stay this appeal from an order of the U.S. Bankruptcy Court for the Middle District of Pennsylvania, averring that a motion for reconsideration is currently pending before the bankruptcy court, and it appearing that appellees concur in the request, it is hereby ORDERED that:

1. The motion (Doc. 4) to stay this appeal is GRANTED.

2. Proceedings in the above-captioned action are STAYED pending disposition of the motion for reconsideration currently before the bankruptcy court.

3. Counsel for plaintiff shall file periodic status reports regarding the status of the motion for reconsideration. The first such report shall be due on or before August 1, 2006, and subsequent reports shall be due on or before the first day of every month thereafter.

S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge