# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI,** | : | **CIVIL ACTION NO. 1:06-CV-1188** |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH**, et al., | : | |
| Appellees | : | |

---

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI,** | : | **CIVIL ACTION NO. 1:06-CV-1152** |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH**, et al., | : | |
| Appellees | : | |

## **ORDER**

AND NOW, this 3rd day of October, 2006, upon consideration of the parties' joint status reports in the above-captioned cases[1] (Civil Action No. 1:06-CV-1188, Doc. 19; Civil Action No. 1:06-CV-1152, Doc. 9), and of plaintiff's motion for reconsideration (Civil Action No. 1:06-CV-1188, Doc. 11) of the stay granted by the order of court dated July 6, 2006 (Civil Action No. 1:06-CV-1188, Doc. 10), and it appearing that the parties have agreed to a continued stay in these matters until November 30, 2006 (see Civil Action No. 1:06-CV-1188, Doc. 19 ¶ 15; Civil Action No.

---

[1] These cases have been consolidated solely for purposes of this order.  See FED. R. CIV. P. 42.

1:06-CV-1152, Doc. 9 ¶ 15), and that absent such agreement, the stay would be lifted as a matter of course,[2] it is hereby ORDERED that:

1. The motion for reconsideration of the stay (Civil Action No. 1:06-CV-1188, Doc. 11) is DENIED as moot.

2. All proceedings in the above-captioned cases are STAYED until November 30, 2006.

3. The parties shall file a joint status report on or before November 30, 2006.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[2] The court previously granted a stay in the above-captioned cases pending disposition of a motion for reconsideration then pending before the U.S. Bankruptcy Court.  (See Civil Action No. 1:06-CV-1188, Doc. 10; Civil Action No. 1:06-CV-1152, Doc. 5.)  The U.S. Bankruptcy Court denied that motion for reconsideration on July 21, 2006.  (Civil Action No. 1:06-CV-1188, Doc. 19 ¶ 11; Civil Action No. 1:06-CV-1152, Doc. 9 ¶ 11.)