# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI,** | : | **CIVIL ACTION NO. 1:06-CV-1188** |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH, et al.,** | : | |
| Appellees | : | |

---

| | | |
|---|---|---|
| **JOHN LOMBARDOZZI,** | : | **CIVIL ACTION NO. 1:06-CV-1152** |
| Appellant | : | (Judge Conner) |
| v. | : | |
| **CHARLES A. BIERBACH, et al.,** | : | |
| Appellees | : | |

## ORDER

AND NOW, this 4th day of December, 2006, upon consideration of the parties' joint status reports in the above-captioned cases[1] (Civil Action No. 1:06-CV-1188, Doc. 21; Civil Action No. 1:06-CV-1152, Doc. 11), and it appearing that the parties have agreed to a continued stay in these matters until February 28, 2007 to finalize and implement the tentative settlement reached (see Civil Action No. 1:06-CV-1188, Doc. 21 ¶ 20; Civil Action No. 1:06-CV-1152, Doc. 11 ¶ 20), it is hereby ORDERED that:

---

[1] These cases have been consolidated solely for purposes of this order. See FED. R. CIV. P. 42.

1. All proceedings in the above-captioned cases are STAYED until February 28, 2007.

2. The parties shall file a joint status report on or before February 28, 2007.

                                                                   S/ Christopher C. Conner  
                                                               CHRISTOPHER C. CONNER  
                                                               United States District Judge